■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDIO NUNEZ, Appellant. [817 NYS2d 912]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered September 15, 2004, convicting him of aggravated harassment of an employee by an inmate, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's contention raised in point two of his brief is without merit and his remaining contentions are unpreserved for appellate review (*see* CPL 470.05 [2]). Schmidt, J.P., Adams, Luciano and Lifson, JJ., concur.